IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00191-WYD-PAC

FLOYD SERNA,

    Plaintiff,

v.

WARDEN JUANITA NOVAK, DONNA GUYETT, GERALD GASKO, DR. GUL and JOHN DOES AND OTHER UNNAMED DEFENDANTS, in their individual and official capacity as Officers and/or agents of the Department of Corrections; JOHN/JANE DOES AND OTHER UNNAMED DEFENDANTS, in their individual and official capacity as medical providers at the Colorado Territorial Correctional Facility,

    Defendants,
_____

**ORDER**
_____

This matter is before me on a review of the file. By Order dated March 9, 2005, this case was administrative closed during the pendency of an appeal to the Tenth Circuit by Defendant Gerald Gasko on the issue of qualified immunity.

On August 17, 2006, a Mandate was issued by the United States Court of Appeals for the Tenth Circuit. The Mandate attaches a certified copy of the Judgment and Opinion of the Tenth Circuit dated July 26, 2006. Pursuant to that Judgment and Opinion, the Tenth Circuit reversed this Court's Order of May 26, 2004, that denied Defendant Gerald Gasko's Motion for Summary Judgment on grounds of qualified immunity. The Tenth Circuit remanded the case to this Court for further proceedings in accordance with the Judgment and Opinion.

The Tenth Circuit also issued a Mandate on September 9, 2004, that attached a Judgment and Opinion of the Tenth Circuit dated August 18, 2004.  Pursuant to that Judgment and Opinion, the Tenth Circuit reversed this Court's Order of December 18, 2003, that denied a Motion for Summary Judgment filed by Defendant Juanita Novak as to the claim asserted against her under 42 U.S.C. § 1983.

In accordance with the Tenth Circuit's rulings, it is

ORDERED that Defendant Juanita Novak's Motion for Summary Judgment filed February 13, 2003 is now **GRANTED** in its entirety on the § 1983 claim, including the excessive force claim.  Based on this ruling and the Order of January 6, 2003 that dismissed certain claims as to Novak, it appears that all claims have now been resolved in favor of Defendant Novak.  It is

FURTHER ORDERED that Defendant Gerald Gasko's Motion for Summary Judgment Qualified Immunity filed March 18, 2004, is now **GRANTED**.  It is

FURTHER ORDERED that the parties shall file status reports by **Friday, September 8, 2006**, indicating the status of the case, what claims are still pending and against which Defendants (for example, I am unable to determine whether any claims, including the outrageous conduct claim, remain pending as to Gasko), whether further discovery needs to be taken, whether the parties envision further dispositive motions being filed, the time frame in which the trial should be reset, and any other issues the parties wish to bring to the Court's attention.  Finally, it is

ORDERED that a status conference is set for **Wednesday, September 20, 2006, at 4:00 p.m.**

-3-

Dated: August 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge