IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00191-WYD-PAC

FLOYD SERNA,

    Plaintiff(s),

v.

WARDEN JUANITA NOVAK, *et al.*,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Add a Party Defendant [Doc. #195; filed February 9, 2007] is **DENIED**. The parties' dismissal documents are due July 10, 2007. It does not appear necessary at this time to add the Department of Corrections as a named defendant.

Dated:  June 28, 2007