IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-00191-WYD-PAC

FLOYD SERNA,

    Plaintiff,

v.

DONNA GUYETT, et al.,

    Defendants,

_____

### ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (filed July 20, 2007).  The motion seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all issues between the parties.  After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed.  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated:  July 20, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge